UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRVIN NOEGLI RUIZ ZUNIGA,<br><br>Petitioner,<br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT SEATTLE FIELD OFFICE DIRECTOR, et al,<br><br>Respondents. | CASE NO. C26-3669JLR<br><br>ORDER |

On November 2, 2026, Petitioner Irvin Noegli Ruiz Zuniga (1) notified the court of his pending appeal of his order of removal before the Board of Immigration Appeals ("BIA") and (2) requested that the court order Respondents to file a notice directly on the docket within 24 hours after any action to move him out of the Northwest ICE Processing Center stating Petitioner's new location. (11/2/26 Not. (Dkt. # 31).) The court reminds Respondents of their obligation to file a notice directly on the docket once any action to transfer or remove Petitioner is complete. (*See* Sch. Order (Dkt. # 5) ¶ 3(2).)

Respondents previously represented to the court that, as of October 13, 2026, "EOIR Courts and Appeals System does not show that Petitioner has filed an appeal with the Board of Immigration Appeals." (Subero Arias Decl. (Dkt. # 17) ¶ 15.) Accordingly, the court ORDERS as follows:

(1) Respondents must file a status update addressing Petitioner's claim that he has a pending appeal before the BIA by **Tuesday, November 3, 2026 at 12:00 PM PT.**

(2) Respondents must file a notice directly on the docket within 24 hours after the completion of any action to transfer or remove Petitioner.

Dated this 2nd day of November, 2026.

Kymberly K Evanson on behalf of

JAMES L. ROBART
United States District Judge